IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHARLES POOLE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-00782-CV-W-HFS |
| EOS CCA ) | |
| ) | |
| Defendant. ) | |

**ORDER TO SHOW CAUSE**

After removing the action to this court, defendant has now filed a motion to set aside default judgment issued by the Circuit Court of Jackson County, Missouri, Associate Circuit Division, Small Claims Court. The motion was filed on September 8, 2014, requiring a response by September 25, 2014. To-date, the motion remains unopposed. Accordingly, it is hereby

ORDERED that plaintiff SHOW CAUSE in writing on or before October 30, 2014, why the relief sought should not be granted. A response should include information on the manner of service of process. It is further

ORDERED that the clerk of the court mail a copy of this order by regular mail and certified mail, return receipt to plaintiff at:

2104 Montgall Ave.

Kansas City, Mo. 64127

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

October _3_, 2014

Kansas City, Missouri